Before the Third Division, October 21, 1954

**No. 58435.**—Nanking Co. and Judson-Sheldon Corp. *v.* United States, protest 168101–K (New York).

Opinion by Ekwall, J.   It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entry for the date of exportation of the merchandise covered by the entry and that the circumstances relating to the liquidation of the said entry are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoice should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 58436.**—Daniel F. Young, Inc., and Columbia Pictures International Corp. *v.* United States, protest 206526–K (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the facts are similar to those involved in Abstract 57579, the claim of. the plaintiffs was sustained.